DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL A. JACKSON,**
Appellant,

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION,** as Trustee for the
Pooling and Servicing Agreement, Dated as of November 1, 2005
Securitized Asset Backed Receivables, LLC 2005-HE1,
Appellee.

No. 4D21-1913

[January 6, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Barry Stone, Judge; L.T. Case No. 18-15025 CACE (11).

Paul A. Jackson, North Lauderdale, pro se.

Brian Pantaleo of Greenberg Traurig, P.A., West Palm Beach, for
appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***